**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00011-CMA-CBS

ALAN L. WATTS,

    Plaintiff,

v.

SILVERMAN LAW FIRM, P.C.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Doc. # 24)]. The Court having reviewed the motion and good cause having been established, hereby

ORDERS that this action is DISMISSED WITH PREJUDICE, with all claims of the Plaintiff against the Defendant being dismissed and the counterclaim of the Defendant against the Plaintiff being dismissed, each party to pay his or its own costs and attorneys' fees.

DATED:  October 29, 2009

                                                BY THE COURT:

                                                _/s/ Christine M. Arguello_

                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge